**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Case No. 25-cv-04102-TPO**

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

**v.**

**MOROCOIN TECH CORP., et al.,**

   Defendants.

---

**NOTICE OF MOTION FOR ENTRY OF**
**DEFAULT JUDGMENTS AGAINST DEFENDANTS**

---

PLEASE TAKE NOTICE that, upon the Clerk's Entries of Default against Morocoin Tech Corp. ("Morocoin") (ECF 21), Berge Blockchain Technology Co., Ltd. ("Berge") (ECF 22), Cirkor Inc. ("Cirkor") (ECF 23), AI Wealth Inc. ("AI Wealth") (ECF 24), Lane Wealth Inc. ("Lane Wealth") (ECF 25), AI Investment Education Foundation Ltd. ("AIIEF") (ECF 26), and Zenith Asset Tech Foundation ("Zenith" and, collectively, "Defendants") (ECF 27), the supporting Memorandum of Law, the Declaration of Crystal Boodoo, the Declaration of Thomas Bedkowski, and all the pleadings and proceedings previously before this Court, Plaintiff Securities and Exchange Commission (the "Commission") moves, pursuant to Federal Rule of Civil Procedure 55(b)(2), for the entry of judgments by default against Defendants based on their failure to answer or otherwise respond to the Commission's Complaint:

   1.   permanently restraining and enjoining Morocoin, Berge, and Cirkor from, directly or indirectly, violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)], Section 10(b) of the Securities Exchange Act of 1934

(the "Exchange Act") [15 U.S.C. § 78j(b)], and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], by committing or engaging in specified actions or activities relevant to such violations;

2.    permanently restraining and enjoining AI Wealth, Lane Wealth, AIIEF, and Zenith from, directly or indirectly, violating Sections 17(a)(1) and (3) of the Securities Act [15 U.S.C. § 77q(a)(1) and (3)], Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)], and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], by committing or engaging in specified actions or activities relevant to such violations; and

3.    ordering the following monetary relief:

| Defendant | Disgorgement | Prejudgment Interest | Civil Penalties |
|---|---|---|---|
| Morocoin | $9,640,351 | $1,075,321 | $9,640,351 |
| AI Wealth | | | $6,584,333 |
| Lane Wealth | | | $3,056,018 |
| Berge | $680,729 | $46,549 | $680,729 |
| AIIEF | | | $680,729 |
| Cirkor | $3,719,632 | $254,333 | $3,719,632 |
| Zenith | | | $3,719,632 |

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

Date:   April 14, 2026

By: s/ Christopher R. Kelly
Christopher R. Kelly
U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103
(215) 597-3741
KellyCR@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

2

## CERTIFICATION OF CONFERRAL

The SEC is unable to satisfy its conferral obligations under D.C.COLO.LCivR 7.1(a)

as Defendants have not responded to the SEC's attempts to contact them.

Dated: April 14, 2026

s/ Christopher R. Kelly
**Christopher R. Kelly**
*Attorney for Plaintiff Securities and Exchange Commission*