# Plaintiff's Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 25-cv-04102-TPO

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

**v.**

**MOROCOIN TECH CORP., et al.,**

Defendants.

---

**DECLARATION OF THOMAS BEDKOWSKI**

---

I, Thomas Bedkowski, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am employed by the Securities and Exchange Commission ("SEC") as a Securities Compliance Examiner in the Division of Enforcement, Cyber and Emerging Technologies Unit, in the New York Regional Office and have held this position for approximately 3 years.

2.      Prior to joining the SEC, I worked for approximately 15 years in the financial industry, including, but not limited to, roles in compliance, anti-money laundering, and investigations at UBS and Standard Chartered Bank, and later as a Senior Cyber Financial Intelligence Officer at Standard Chartered Bank's Financial Crimes Intelligence Unit (FCIU).  I subsequently spent three years leading fraud investigations at two virtual asset service providers, including Robinhood, where I built that institution's first Crypto Fraud Investigations Team from

inception.  I have also held the Certified Anti-Money Laundering Specialist designation since 2017.

3.      I have been conducting investigations into crypto assets since 2018.  As a result, I have substantial experience in blockchain analysis and tracing many types of crypto assets.

4.      I also hold several crypto-focused, industry-recognized certifications, which include: Chainalysis Reactor Certification (CRC), Chainalysis Know-Your-Transaction Certification (CKC), Chainalysis Ethereum Investigator Certification (CEIC), TRM Labs Certified Investigator (TRM-CI), TRM Advanced Crypto Investigator (TRM-ACI), and Certified Smart Contract Investigator (CISC).

5.      My duties with the SEC include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been violated and assisting in the SEC's litigation of securities law violations.  As part of my job duties, I often review, analyze, and trace (a) crypto asset trading records; (b) blockchain data; and (c) publicly available information relating to the movement, transfer, price, and volume of crypto assets.

6.      I make this Declaration based on my personal knowledge and review of documents obtained in connection with the SEC's investigation of this matter.

7.      In connection with this matter, I reviewed blockchain transactions on the Bitcoin, Ethereum, and Tron blockchains, for the period January 2024 through January 2025.  These records reflected transfers of crypto assets from investors who participated in the purported investment clubs AI Wealth Inc. ("AI Wealth"), Lane Wealth Inc. ("Lane Wealth"), AI Investment Education Foundation Ltd. ("AIIEF"), and Zenith Asset Tech Foundation ("Zenith" and, collectively, the "Club Defendants") who were directed to invest with the purported trading

platforms Morocoin Tech Corp. ("Morocoin"), Berge Blockchain Technology Co., Ltd.

("Berge"), and Cirkor Inc. ("Cirkor" and, collectively, the "Platform Defendants").  I traced the

crypto-asset transfers from 57 investor crypto wallets into the crypto wallets that investors were

directed to send their crypto assets to by the Platform Defendants.

8.    A summary of my analysis of these crypto transfers is set forth in the following

chart, which details the losses in crypto assets to these U.S.-based investors (and the

corresponding ill-gotten gains to the Platform Defendants) from investing as directed by the

Platform Defendants:

| Defendant Pairings | Investors | Traced Crypto Asset Losses |
|---|---|---|
| Morocoin | 27 | $5,520,032 |
| *AI Wealth Subtotal* | *14* | *$2,990,414* |
| *Lane Wealth Subtotal* | *13* | *$2,529,618* |
| Berge and AIIEF | 9 | $254,729 |
| Cirkor and Zenith | 21 | $1,632,376 |
| **Total** | **57** | **$7,407,137** |

9.    Based on my review of investor-provided information, there were:  (1) 21

members of the purported investment group AI Wealth; (2) 15 member

s of the purported investment group Lane Wealth; (3) 12 members of the purported investment

group AIIEF; and (4) 26 members of the purported investment group Zenith, each of whom lost

the entirety of their fiat currency and/or crypto asset investments.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing

is true and correct to the best of my knowledge, information, and belief.

Executed on April 14, 2026
Philadelphia, PA

s/ Thomas Bedkowski
Thomas Bedkowski