# Plaintiff's Exhibit 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Case No. 25-cv-04102-TPO**

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

**v.**

**MOROCOIN TECH CORP., et al.,**

Defendants.

---

### DECLARATION OF CRYSTAL F. BOODOO

---

I, Crystal F. Boodoo, declare:

1. I am a Senior Staff Accountant in the Philadelphia Regional Office of the United States Securities and Exchange Commission (the "Commission"). Since May 2004 and February 2017, I have been licensed as a Certified Public Accountant in the Commonwealth of Pennsylvania and State of California, respectively. I make this Declaration based upon facts within my personal knowledge, and to which I am competent to testify if called upon to do so.

2. In connection with this matter, I reviewed bank records and other investor-provided documents for the period January 2024 through January 2025, evidencing the flow of funds from investors who participated in the purported investment clubs AI Wealth Inc. ("AI Wealth"), Lane Wealth Inc. ("Lane Wealth"), AI Investment Education Foundation Ltd. ("AIIEF"), and Zenith Asset Tech Foundation ("Zenith" and, collectively, the "Club Defendants") and who were directed to invest with purported trading platforms Morocoin Tech

Corp. ("Morocoin"), Berge Blockchain Technology Co., Ltd. ("Berge"), and Cirkor Inc. ("Cirkor" and, collectively, the "Platform Defendants").  I traced the transfers of funds from 26 investors' accounts into 22 domestic beneficiary bank accounts to which investors were directed to send their fiat currency by the Platform Defendants.  I further inspected and confirmed investor-provided wire receipts evidencing transfers of funds to foreign beneficiary bank accounts to which investors were directed to send their fiat currency by the Platform Defendants.

3.      A summary of my analysis of these fiat transfers is set forth in the following chart, which details the losses in fiat currency to these U.S.-based investors (and the corresponding ill-gotten gains to the Platform Defendants) from investing as directed by the Platform Defendants:

| Defendant Pairings | Investors | Traced Fiat Losses |
|---|---|---|
| Morocoin | 12 | $4,120,319 |
| *AI Wealth Subtotal* | *10* | *$3,593,919* |
| *Lane Wealth Subtotal* | *2* | *$526,400* |
| Berge and AIIEF | 4 | $426,000 |
| Cirkor and Zenith | 10 | $2,087,256 |
| **Total** | **26** | **$6,633,575** |

4.      I also calculated prejudgment interest (PJI) for each Platform Defendant based on their ill-gotten gains. I calculated each Platform Defendant's total ill-gotten gains by adding the traced fiat losses, described above, and the traced crypto asset losses as described in the Declaration of Thomas Bedkowski. Then, I calculated PJI by applying the IRS quarterly compounding rate for underpayment penalties to the total ill-gotten gains for each Platform Defendant for a specific period.  The start date for this calculation for Morocoin was March 1, 2024, and the start date for Berge and Cirkor was September 1, 2024. These start dates represent the near midpoint of the time during which the respective fraudulent schemes by these Platform Defendants were active as alleged in the Complaint.  The end date for the prejudgment interest

calculations was September 19, 2025. A summary of the prejudgment interest calculations for each Platform Defendant is as follows:

| Platform Defendant | Traced Crypto Losses | Traced Fiat Losses | Total Ill-Gotten Gains | PJI Total |
|---|---|---|---|---|
| Morocoin | $5,520,032 | $4,120,319 | $9,640,351 | $1,075,321 |
| Berge | $254,729 | $426,000 | $680,729 | $46,549 |
| Cirkor | $1,632,376 | $2,087,256 | $3,719,632 | $254,353 |

Exhibit A provides more detailed calculations of these prejudgment interest amounts.

5. Based on my review of investor-provided information, I identified two investors with addresses in Colorado. One address is in Lakewood, Colorado, and the other is in Colorado Springs, Colorado. Both individuals were members of Zenith's purported investment club and were directed to invest in Cirkor's purported trading platform.

6. During the course of the Commission's investigation, the staff of the Commission sent subpoenas and other correspondence to the Club Defendants and Platform Defendants. None of them responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was signed in Alexandria, VA, on April 14, 2026.

s/ Crystal F. Boodoo
CRYSTAL F. BOODOO

**Exhibit A**

Detailed Listing of Prejudgment Interest Calculations by Platform Defendant Based on Total Crypto and Fiat Ill-Gotten Gains

| Defendant | Start Date | Thru Date | Quarter Range | Annual Rate | Quarter (Period) Rate | Quarter Interest | Principal + Interest |
|---|---|---|---|---|---|---|---|
| Morocoin | 3/1/2024 | 9/19/2025 | | | | | $9,640,351.00 |
| | | | 04/01/2024 - 06/30/2024 | 8.00% | 1.99% | $191,753.43 | $9,832,104.43 |
| | | | 07/01/2024 - 09/30/2024 | 8.00% | 2.01% | $197,716.64 | $10,029,821.07 |
| | | | 10/01/2024 - 12/31/2024 | 8.00% | 2.01% | $201,692.58 | $10,231,513.65 |
| | | | 01/01/2025 - 03/31/2025 | 7.00% | 1.73% | $176,598.73 | $10,408,112.38 |
| | | | 04/01/2025 - 06/30/2025 | 7.00% | 1.75% | $181,642.95 | $10,589,755.33 |
| | | | 07/01/2025 - 08/31/2025 | 7.00% | 1.19% | $125,916.54 | $10,715,671.87 |
| | | | **Total PJI Interest** | | | **$1,075,320.87** | |
| Berge | 9/1/2024 | 9/19/2025 | | | | | $680,729.00 |
| | | | 10/01/2024 - 12/31/2024 | 8.00% | 2.01% | $13,688.98 | $694,417.98 |
| | | | 01/01/2025 - 03/31/2025 | 7.00% | 1.73% | $11,985.84 | $706,403.82 |
| | | | 04/01/2025 - 06/30/2025 | 7.00% | 1.75% | $12,328.20 | $718,732.02 |
| | | | 07/01/2025 - 08/31/2025 | 7.00% | 1.19% | $8,546.02 | $727,278.04 |
| | | | **Total PJI Interest** | | | **$46,549.04** | |
| Cirkor | 9/1/2024 | 9/19/2025 | | | | | $3,719,632.00 |
| | | | 10/01/2024 - 12/31/2024 | 8.00% | 2.01% | $74,799.16 | $3,794,431.16 |
| | | | 01/01/2025 - 03/31/2025 | 7.00% | 1.73% | $65,492.92 | $3,859,924.08 |
| | | | 04/01/2025 - 06/30/2025 | 7.00% | 1.75% | $67,363.61 | $3,927,287.69 |
| | | | 07/01/2025 - 08/31/2025 | 7.00% | 1.19% | $46,697.06 | $3,973,984.75 |
| | | | **Total PJI Interest** | | | **$254,352.75** | |