UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 335-2805
William_J_Martinez@cod.uscourts.gov

# MEMORANDUM

**TO:** Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:** Judge William J. Martínez

**DATE:** April 15, 2026

**RE:** Civil Action No. 25-cv-4102-WJM
Securities and Exchange Commission v. Morocoin Tech Corp. et al

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.